FILED
(Rev 4-2000)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

SEP 1 3 2002

UNITED STATES OF AMERICA )
)
v. ) DKT. NO. P-99-CR-97WRF(1)
)
) 02m5914
)
)
JOSE CARLOS ARRAS )

## PETITION FOR REVOCATION OF SUPERVISED RELEASE

On July 13, 1999, Jose Carlos Arras was sentenced by Judge W. Royal Ferguson to 21 months custody of the Bureau of Prisons and a three-year term of supervised release for Importation of a Quantity of Marijuana, a violation of 21 U.S.C. § 952(a) and 960(b)(4). The general terms and conditions of supervision were imposed. Additionally, Arras was not to commit another federal, state, or local crime during the term of supervision. Jose Carlos Arras' supervision commenced on August 25, 2000.

Probation Officer Hector Garcia now alleges the following violations of supervision:

1.  The Defendant shall not commit another federal, state or local crime.

    On March 29, 2002, Jose Carlos Arras was arrested by U.S. Customs Service at the Santa Teresa Port of Entry in Santa Teresa, New Mexico, on a warrant filed on March 21, 2002, for conspiring to import marijuana with intent to distribute. He was subsequently taken into custody and charged with Conspiring to Import and Possess with Intent to Distribute a Quantity of Marijuana, a violation of 21 U.S.C. §§ 963, 952(a) and 960(b)(4). On April 17, 2002, a two-count Indictment was filed against Jose Carlos Arras under Dkt. No. 02-CR-598MCA in the District of New Mexico. As of this writing, sentence remains pending.

A true copy of the original I certify.
Clerk, U.S. District Court
By _____ Deputy

ARRAS, JOSE CARLOS
Dkt. No. EP-99-CR-97WRF(1)
Petition to Revoke Supervised Release
Page Two

It is respectfully recommended that:

a warrant be issued for the Defendant's arrest and that the Defendant be brought before Your Honor to show cause why the period of supervised release imposed should not be revoked.

Respectfully submitted,

_____   8-29-02
HECTOR GARCIA
U.S. PROBATION OFFICER                DATE

APPROVED BY: _____   8-29-02
ENRIQUE LECHUGA
SUPERVISING U.S. PROBATION OFFICER  DATE

APPROVED BY: _____   9/25/02
JANET M. BONNER                       DATE
ASSISTANT U.S. ATTORNEY
Texas State Bar No. 09174550
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Office:    (915) 534-6884
Facsimile: (915) 534-6024

ARRAS, JOSE CARLOS
Dkt. No. EP-99-CR-97WRF(1)
Petition to Revoke Supervised Release
Page Three

## ORDER OF COURT

Considered and ordered filed and made a part of the records in the above case. The Court further orders:

☐ no further action be taken

☑ the issuance of a warrant

☐ the issuance of a summons

☐ other

_[signature]_
SIGNATURE OF JUDICIAL OFFICER

09/05/02
DATE

PROB 19
(Rev. 5/92)

# United States District Court

for

**Western Texas**

U.S.A. vs JOSE CARLOS ARRAS    95903-080    Docket No. P-99-CR-097 (01)-F

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICIAL    644785

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT<br>JOSE CARLOS ARRAS | SEX<br>MALE | RACE<br>WHT/HIS | AGE<br>53 |
|---|---|---|---|
| ADDRESS (STREET, CITY, STATE)<br>U. S. MARSHAL CUSTODY, LAS CRUCES, NEW MEXICO | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Western District of Texas (Pecos, Texas) | | DATE IMPOSED<br>07/13/1999 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Western District of Texas (Pecos, Texas) | | | |

| CLERK<br>William Putnicki<br>Western Texas | (BY) DEPUTY CLERK | DATE<br>9/13/02 |
|---|---|---|

**RETURN**

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for __Western__ District of __Texas__ ;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."