UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: 02m5914   DATE: 11/5   TAPE NUMBER: 02-252

PRESIDING JUDGE: Garcia   TYPE OF HEARING: Initial / Rule 40 hrg

DEFENDANT(S):   ATTORNEY(S):

Jose Carlos Arras   Dennis Candelaria   ( ) Appt'd. ( ) Ret'd.
_____   _____ ( ) Appt'd. ( ) Ret'd.
_____   _____ ( ) Appt'd. ( ) Ret'd.
_____   _____ ( ) Appt'd. ( ) Ret'd.

USA by: Renee Camacho Asst. U. S. Attorney   Interpreter: _____

Pretrial / ~~Probation~~ Officer present:
Emma Chacon

____ Agent sworn

____ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

____ Court advises defendant(s) of possible penalties

____ Court advises defendant(s) of all constitutional rights

____ Court grants Government's _____ Defense _____ oral motion to continue detention hearing

____ Waiver of preliminary hearing & right to grand jury presentment filed in open court

____ Defendant(s) detained without bond as:   Risk of Flight _____ Danger to Community _____

____ Conditions of Release set at: _____

✓ Other: Deft waives identity hrg; Deft remanded to custody of USMS to be transported to the Western District of Texas, El Paso Division